UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JOSE ANTONIO GENAO

                      Plaintiff,

         -against-

THE CARRIZAL BAR AND GRILL d/b/a CARRIZAL
RESTAURANT CORP. and RAMON TAVAREZ and
RAMONCITO TAVAREZ, individually
                      Defendants.
-------------------------------------------------------------X

15-CV-7388

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

FILED IN CLERK'S OFFICE US DISTRICT COURT ★ JUN 17 2016 BROOKLYN OFFICE

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for Plaintiff and Defendants in the above captioned action, that, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or attorneys' fees to any party, as to Plaintiff or Defendants.

THE LAW OFFICES OF GREGG A. PINTO
By: _____
Gregg A. Pinto, Esq.
225 Broadway, Suite 307
New York, NY 10007
Telephone: (646) 328-2434
*Attorneys for Plaintiff*
June 17, 2016

HANG & ASSOCIATES, PLLC
By: _____
Marisol Santos, Esq.
136-18 39th Avenue, Suite 1003
Flushing, NY 11354
Telephone: (718) 353-8588
*Attorneys for Defendants*
June 17, 2016

SO ORDERED.
/s/ Cheryl Pollak
6/17/16